UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re JONES SODA COMPANY
SECURITIES LITIGATION

This order relates to: All Actions

Case No. C07-1366RSL

ORDER DENYING
MOTION TO INTERVENE

This matter comes before the Court on a motion filed by Jonathan Lee Riches to intervene, for joinder, and to amend the complaint (Dkt. #61). Riches, who is proceeding *pro se*, claims that he has an interest in the case and possesses newly discovered information.

Plaintiffs oppose the motion, arguing that Riches' litigation history counsels against granting the motion. Riches is an inmate in South Carolina serving a sentence for wire fraud. One court noted that he has filed nearly 2,000 cases nationwide, while other courts have denied his motions to intervene. See Plaintiffs' Opposition at pp. 2-3 (citing numerous cases). Although those factors are troubling, the Court would deny the motion

ORDER DENYING
MOTION TO INTERVENE - 1

even without those issues.

As an initial matter, Riches did not serve the motion on all parties as required by Fed. R. Civ. P. 24(c). Nor does the content of his filing comply with that Rule.

In addition, Riches has no statutory right to intervene. Nor is he so situated that disposing of this action will impair his ability to protect his interests. Fed. R. Civ. P. 24(a), (b). Although Riches vaguely claims that common questions of law and fact exist, he does not identify them or identify the nature of his interest in the matter. Furthermore, Riches has not alleged that his interests are not adequately represented by the current parties, particularly in light of the fact that plaintiffs seek to represent a class.

Similarly, although Riches also seeks relief under Rules 20 and 23, neither rule provides for intervention by a non-party under these circumstances. Riches also seeks to amend the complaint, but he has no standing to do so as a non-party. Finally, to the extent that he has "newly discovered information," he can share that with plaintiffs' counsel without intervening.

DATED this 18th day of August, 2008.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DENYING
MOTION TO INTERVENE - 2